1  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   pgillette@orrick.com
2  ANDREW R. LIVINGSTON
   alivingston@orrick.com
3  GREG J. RICHARDSON (STATE BAR NO. 203788)
   grichardson@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     415-773-5700
   Facsimile:     415-773-5759
7
8  JANET G. TULK (STATE BAR NO. 84039)
   GABRIELA B. ODELL (STATE BAR NO. 121480)
9  LAWRENCE LIVERMORE NATIONAL SECURITY, LLC
   7000 East Avenue, L-701
10 Livermore, CA  94551
   Telephone:     925-423-1908
   Facsimile:     925-423-2231
11
   Attorneys for Defendants
12 LAWRENCE LIVERMORE NATIONAL SECURITY, LLC,
   GEORGE MILLER, ROBERT PERKO
13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16 ELAINE ANDREWS, ALANE ALCHORN,          CASE NO.  CV 09-4100
   KELYE ALLEN, MONICA ANTONE,
17 CRAIG ARNEY, VICTORIA BALL,             **STIPULATION TO REMAND CASE**
   VALERIE BARELA, MARIAN BARRAZA,         **TO STATE COURT**
18 AMITABHA BASU, CAROL BEATTIE,
   CARLA BIDDLE, MARK BLAIR, DENISE
19 BOAK, BRAIN BONNER, BRENT
   BOWEN, JENEAN BROTHERS, JIM
20 BRUNK, JOSEPH BURRIS, PRISCILLA
   BURRUS, GENNETTA BYRD, BARRY
21 CALLISTER, DAVID CARDENAS, IRMA
   COTTON, REYNALDO CRUZ, GLORIA
22 DAVALOS, MARGUERITE DIAS, ILEANA
   DOBIE, EDWARD DOLSTRA, GUY
23 DONOVAN, DONALD DRUMMOND,
   CHERYL EVANS, BRENDA FOSTER, JIM
24 FOX, ALAN GATES, ENNIS GONG,
   STEPHEN GORDON, EDWARD
25 GREYBECK, DENISE HARTEAU,
   DWIGHT HEGGINS, BERNARD
26 HERNANDEZ, RONALD HIGGINS,
   DAVID HILL, COEN HOPKINS, LISA
27 HOPKINS, GREG HOWARD, DAN HOYT,
   PETER HUDDLESTON, KELLEY HUNT,
28 DANA JACOBS, MARIO JIMENEZ, RUSS

1  JONES, JOHN KINNEY, SHARON
   KUDERCA, DENNIS LAI, KEVIN
2  LANGRY, DONNA LEACH, SUSAN
   LETENDRE, KALVIN LISTIYO, ALBERT
3  LOPEZ, SR., JEFF LOUIE, BRUCE LOW,
   STEPHEN MAHLER, TERRILYNNE
4  MALONE, DOUG MANNATT, LORAINE
   MARSHBANK, YOLANDA MARTINEZ,
5  WILLIAM MCCONACHIE, ANNA
   MCCRAVY, MIKE MCELFRESH, KATHY
6  MCINTOSH, MARY MEDEIROS, ANN
   MEISNER, NANCY MILLER, GEORGE
7  MOORE, BRIAN MULLIN, LARRY
   NATTRASS, CATIE NEILSON, PHILLIP
8  NELSON, JOHN O'BRIEN, PATRICK
   O'CONNOR, GREG OLSEN, DOUGLAS
9  OWENS, JEFF PACKARD, JEFFREY
   PAINTER, RUDY PARISOTTO,
10 FRANCESCA PEARSON, KIRK
   PEDERSON, JEFF PETERSEN, FRANK
11 PLOOF, KENNETH POTTER, SHERRY
   PRATT, MICHAEL PRUITT, TITO REYES,
12 DONALD RICH, LOREN ROCHA,
   DANIEL ROOT, JAMES RYCEK,
13 KENNETH SALE, THOMAS SCHMIEGEL,
   JEAN SCHREIBER, CHERI SHAY-
14 STEWART, GENE SIRI, KENNETH
   SKINNELL, JOSEPH SMITH, LINDA
15 SOUZA, DONALD SPEER, MICHAEL
   SPRINGER, EDDY STAPPAERTS,
16 ROBERT STEINHAUS, MARTIN
   STRATMAN, DWAYNE  STRAUB,
17 WILLIAM TAPLEY, JAMES TORRICE,
   NANCY TOUCHSTONE, DENNIS
18 TRETHEWAY, VINCENT TSAI, KATHY
   TURNBEAUGH, COLIN TURNER, JAN
19 TWEED, CARMELINO VILLEGAS,
   FRANK WACQUIER, LEONARD
20 WALTON, DORIS WATTS, FRANZ
   WEBER, SCOTT WIHEBRINK, GEORGE
21 WILLIAMS, PETER WILLIAMS,
   NICHOLAS WINTER, SANDRA
22 WOODARD, RICK YAWORNISKY,

23             Plaintiffs,

24        v.

25 LAWRENCE LIVERMORE NATIONAL
   SECURITY, LLC, GEORGE MILLER,
26 ROBERT PERKO and DOES 1-100,
   inclusive,
27
             Defendants.
28

- 2 -

1    The Plaintiffs in the above referenced case have agreed to dismiss with prejudice  each

2    and every claim of age discrimination under the Age Discrimination in Employment Act

3    ("ADEA") as alleged in their First Cause of Action of their First Amended Complaint and their

4    claim alleging violation of the federal constitution as alleged in their Twelfth Cause of Action.

5    They have also agreed to dismiss with prejudice all claims against the individual defendants.  The

6    dismissals described herein will be filed within ten days of the date this case is remanded to State

7    Court.

8    Pursuant to this Stipulation, each of the Plaintiffs, through their counsel, further agree that

9    they will not assert any other claims that would fall within the jurisdiction of this Court, including

10   but not limited to any claims based on any statute, constitutional provision, contract or on any

11   other basis, against any Defendant named at any time in this litigation or against any Defendant

12   that could have been named this litigation. Defendant Lawrence Livermore National Laboratory

13   agrees they it will not remove this case again unless Plaintiff asserts claims that fall within the

14   jurisdiction of the federal courts.

15   In exchange for these promises, Plaintiffs and Defendant Lawrence Livermore National

16   Laboratory stipulate to a remand this case to state court.  Defendant further agrees that it will not

17   seek any attorneys' fees or costs incurred in connection with the proper removal of this case to

18   federal court.

19   IT IS SO STIPULATED.

20

21

22

23

24

25

26

27

28

- 3 -

1   Dated: October ___ 2009                    Gwilliam, Ivary, Chiosso, Cavalli & Brewer

2

3                                              _____
                                                        J. GARY GWILLIAM
4                                                        Attorney for Plaintiffs

5   Dated: October ___, 2009                   Orrick, Herrington & Sutcliffe LLP

6

7                                              _____
                                                        PATRICIA K. GILLETTE
8                                                        Attorney for Defendants
                                               Lawrence Livermore National Security, LLC,
9                                              George Miller, Robert Perko

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    IT IS SO ORDERED:

2        11/5/09

3    Dated: _____

4                                                    THE HONORABLE CLAUDIA WILKEN
                                                     UNITED STATES DISTRICT COURT JUDGE

5
     OHS West:260753281.1
6    22608-2001 PKG/PKG

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO REMAND CASE TO STATE COURT